UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MR. SALOMON REGINALD,                                                06-CV-0258E(Sc)

        Petitioner,

   -vs-

BUREAU OF IMMIGRATION AND                                          ORDER
  CUSTOMS ENFORCEMENT,

        Respondent.

---

The Honorable Hugh B. Scott, a Magistrate Judge in this judicial district, having conducted all proceedings necessary pursuant to this Court's referral under 28 U.S.C. §636(b)(1)(B) and having on September 19, 2006 filed his Report and Recommendation concerning such and no objection thereto having been made, it is hereby

**ORDERED** that Judge Scott's Report and Recommendation is confirmed in its entirety, respondent's motion to dismiss is granted and this case shall be closed.

DATED:    Buffalo, N.Y.

       October 12, 2006

                           /s/ John T. Elfvin
                           JOHN T. ELFVIN
                           S.U.S.D.J.